**STATEMENT OF OFFENSE**

On August 17, 2019, an online undercover employee ("OCE") assigned to the Federal Bureau of Investigation ("FBI")/Metropolitan Police Department ("MPDC") Child Exploitation and Human Trafficking Task Force ("CEHTTF") placed an advertisement on the website CraigsList, in the Washington, D.C. "missed connections" section of that forum. The advertisement stated "Yng fun" and provided the OCE's undercover KIK[1] screen name.

August 18, 2019, at approximately 1008 hours, KIK user "marlocoiscrazy," later identified by the FBI as Marlo Dewalt (herein "the defendant") initiated a conversation with the OCE. The OCE portrayed himself to be a 13-year-old female child residing in the District of Columbia.  The OCE did not initially respond back until August 19, 2019, at approximately 1211 hours. The following is a portion of the initial KIK exchange between the OCE and the defendant:

    The defendant:    Hey

    OCE:  Hey

    The defendant:    I'm interested in hooking up☺

    OCE:  Maybe but I'm a little young, so not sure if I'm the right girl for u

    The defendant:    Oh you are u sound perfect

    OCE:  Thx

    OCE:  I'm about to turn 14

    OCE:  Hope that's ok?

    The defendant:    Yes that's fine

---

[1] KIK is a free mobile messaging application that permits users to exchange messages and content either individually or in groups.

OCE:  Ok cool 😁

OCE:  Ur very cute

The defendant:        Thanks ☺

The defendant:        You are too

The defendant:        What's ur[2] nickname

The defendant:        What are u into

OCE:  I just go by Lexi

OCE:  I really like music

OCE:  Sometimes I even sing but not sure if I'm any good

The defendant:        That's cool Lexi I bet you sing well

The defendant:        What else do you like to do ?

The defendant:        Are u still there ??

OCE:  Sorry. Had to take care of something for my mom

The defendant:        No biggie lol

OCE:  Where u live?

The defendant:        I live in DC

The defendant:        Hbu

OCE:  DC and Ava

OCE:  Parents divorced

OCE:  VA

The defendant:        Ok how often do u stay in DC

OCE:  It depends but pretty often

---

[2] All text abbreviations and typographical errors in quoted text language are original.

| | |
|---|---|
| The defendant: | Cool mabey we can hang out sometime |
| OCE: | Maybe |
| OCE: | Ur age? |
| The defendant: | I'm 27 |
| The defendant: | If I'm to old I understand |
| OCE: | I'm cool with it if u r |

As the chat continued, the defendant stated, "We can hang go to the movies whatever you like." The OCE, as the purported child, responded, "I'm not really interested in going to movies," and the KIK messaging exchange continued as follows:

| | |
|---|---|
| The defendant: | Tell me what you interested in what u wanna do |
| OCE: | I don't think we are interested in the same thing |
| OCE: | I made the ad on CL for guys who are serious |
| OCE: | I don't think u are |
| The defendant: | I am serious why u think I messaged you |
| OCE: | U just want the movies |
| OCE: | That's not why I put up the ad |
| The defendant: | Naw I want to be in you |
| OCE: | What do mean by that? |
| The defendant: | 🍆💦 [3] |
| OCE: | Ok cool |
| OCE: | I don't do anal though. U cool with that? |
| The defendant: | Yes I'm cool with that |

---

[3] The eggplant and water drop emoji's used together are used to symbolize an ejaculating penis

3

The chats continued and the defendant arranged with meet with the OCE on August 21, 2019, at approximately 1500 hours. The OCE, as the purported child, asked the defendant for a live picture to prove he is a real person and agreed to send a live picture in return. The KIK messaging exchange continued as follows:

OCE: Got a live pic?

OCE: So I know ur real?

The defendant: Yea but I asked u for a face pic first remember

OCE: I don't show my face on here for obvious reasons but I can do live pic

OCE: U cool with that?

The defendant: Yes

OCE: [OCE then sent an image of the purported child's abdomen and underwear region][4]

OCE: Now u

The defendant: [The defendant sent an image of his unclothed upper body but not showing his face]

OCE: That's not live pic

OCE: I need to know ur real

The defendant: Ok can u hold on cause I'm in a uber right now

OCE: Just take a pic of ur hand with 2 fingers then.

The defendant: [The defendant sent an image showing his two fingers]

OCE: Cool. Nice abs btw

The defendant: Thanks

---

[4] The image did not depict a real child.

The defendant:     Cute tummy

OCE:     😮

The defendant:     Mmmm I can't wait till Wednesday 😊😮😮😮

The conversation ended on August 19, 2019, with the defendant agreeing to pay the purported child forty dollars to engage in sexual acts with the child. The KIK messaging exchange continued as follows:

OCE:   Also, can I ask u a favor?

The defendant:     Yes

OCE:   Would u be able to give me like $40 for our time together?

OCE:   It's just helps me out a little

The defendant:     Sure

OCE:   Cool. Thanks.

OCE:   I'll let u know about Wednesday tomorrow

OCE:   Have a good night

OCE:     ☺

The defendant:     Ok good night

On August 20, 2019, the OCE, as the purported child, told the defendant that she spoke to her dad and that she could meet on August 21, 2019, at approximately 1500 hours. The defendant later continued the messaging exchange as follows:

The defendant:     Wanna know what I'm imagining right now

OCE:   What

The defendant:     Me in bed with u in the ac 😊

OCE:   Oh ya

5

OCE: Tell me more

The defendant: U start sucking on my ear

The defendant: I start to get hard I notice ur nipples starting to poke through ur shirt

The defendant: I rub my thumbs in a circular motion around your nipples

The defendant: You start to get wet

OCE: Ya, that's nice

OCE: Go on

The defendant: I slowly make my way down to ur pussy by kissing your neck chest stomach and clit

The defendant: I eat you out and till u cum all on my face

The defendant: Now it's your turn u tell me what u wud do next

OCE: Mmmm

OCE: I would grab ur hard cock and throw it in my mouth

OCE: And rub ur balls on my face

OCE: I'm gonna suck u off until u blow in my mouth

OCE: Hope u can handle that

The defendant: Omg that sounds amazing 😍

OCE: 😀

OCE: U've been with any other younger girls like me?

The defendant: No not really you'd be my first

OCE: Oh cool. But I've been with older girls right?

The defendant: Yes

    The defendant:    I bet ur pussy is so wet and tight

    OCE:  😁I think my pussy is pretty good

    The defendant:    That's good to know ☺

On August 22, 2019, at approximately 0730 hours, the defendant messaged the OCE and said, "Hey are we still on for today ???" The OCE, as the purported child, explained the following:

    OCE:  Hey my mom just told me that my dad can't take me today

    OCE:  Sorry

    OCE:  I hope ur not mad at me 😔

    The defendant:    It's ok I'm not mad

    OCE:  U sure?

    OCE:  Im going on last summer vaca b4 school

    OCE:  I can't meet till next week now

    OCE:  Think u can wait 4 me?

    The defendant:    Ok just keep in touch with me

    The defendant:    And yes I can wait for you

    OCE:  Will do 😊

From August 22, 2019 to August 27, 2019, the defendant and the OCE engaged conversations to arrange an in-person meeting on August 27, 2019, at approximately 1500 hours. The OCE, as the purported child, stated that she was "Just getting back and will be talking with my dad soon" to confirm. On August 28, 2019, at approximately 0630 hours, the purported child told the defendant, "Ok. I am all good," and continued:

    OCE:  I also want to make one thing clear

OCE: A couple of guys in the past have tried to to pay me

OCE: So no money, no sex

OCE: U good with that?

The defendant: Yes I'm cool with that

OCE: Ok great

OCE: U ready for ur dick to be inside me?

The defendant: Yes I am I can't wait

OCE: Me too 😮

OCE: Just no anal

OCE: I'm not ready for that

The defendant: That's fine with me

On August 29, 2019, at approximately 0835 hours, the OCE messaged the defendant and confirmed that he was going to meet today. The following KIK messages continued:

The defendant: Yes

OCE: 😀

OCE: I'm really excited

OCE: I hope you r

The defendant: Of course I am

OCE: What u gonna do to me?

The defendant: I'm gonna eat your pussy like a cup of peaches

The defendant: Lol

OCE: Nice. That sounds fun

OCE: Anything else

8

| | |
|---|---|
| The defendant: | Yes i wanna fuck you too |
| The defendant: | I want u to suck me too |
| The defendant: | Are we still good for 3pm today? |
| OCE: | Ya, just come to Gallery Place |
| OCE: | My dad's place is nearby |
| The defendant: | Ok |
| OCE: | Let me know when ur here and I can tell u where to meet me |
| The defendant: | Ok |

On August 29, 2019, at approximately 1400 hours, the defendant messaged the OCE and said he was on his was to Gallery Place. The defendant stated he was driving a scooter and sent an image of himself driving a motorized scooter. When the defendant said he had arrived at Gallery Place Metro Station, the OCE instructed him to come to Saint Mary's Church in the 700 block of 5th Street, Northwest, Washington, D.C. At approximately 1440 hours, the defendant stated he was at the location and that he was wearing a white shirt, black sweatpants, and a grey book bag. Members of the CEHTTF located the defendant in front 700 5th Street, Northwest, Washington, D.C. and placed him under arrest for Sex Trafficking of Minors.

During the course of the arrest, the defendant attempted to flee and resisted arrest, and, therefore, was taken to the ground by tactical maneuvers of the arrest team. The defendant had his cell phone his hand at the time, but threw it on the ground, causing the cell phone screen to shatter.  As a result, the cellular phone cannot be accessed without repair. In a search of the defendant's person incident to arrest, CEHTTF agents found the defendant's wallet, which contained two $20 bills and one $10 bill, and the defendant's Maryland identification card, confirming defendant's name as Marlo Dewalt, with a residential address in Hyattsville, MD,

and a date of birth of XX/XX/1992. The defendant was taken to the FBI's Washington Field Office ("WFO') for processing.

A custodial interview was conducted with the defendant at WFO. The defendant was read his *Miranda* rights and agreed to answer questions without having an attorney present. The defendant stated that he had been looking for some "taboo stuff" on Craigslist and found the advertisement that had been posted by the OCE. The defendant admitted that the purported child provided her age of 13-years-old at the beginning on the conversation. The defendant stated that he thought a girl who turning 14 years old would still be developing, and that he was curious. The defendant said he drove his scooter from Hyattsville, Maryland to meet with the purported child and intended to have sex with her. The defendant said he was confused about paying for the sex and did not bring exact change but knew the purported minor was asking for $40 to engage in sex acts. The defendant admitted that he also goes to Camp Springs, Maryland and pays for prostitution.

Respectfully submitted,

Jeremiah Johnson
Detective
Metropolitan Police Department

Subscribed and sworn to before me on this 30th day of August, 2019

UNITED STATES MAGISTRATE JUDGE